**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE M. BUSANELLI, ) | |
| ) | |
| Plaintiff, ) | Case No. 25-cv-02606 |
| v. ) | |
| ) | The Hon. Judge Jeremy C. Daniel |
| SCHOUEST, BAMDAS, SOSHEA, ) | |
| BENMAIER & EASTHAM, PLLC ) | Mag. Judge Daniel P. McLaughlin |
| ) | |
| Defendant. ) | |

**MOTION BY DISPARTI LAW GROUP, P.A., CASS T. CASPER, AND NICHOLAS BOWMAN TO WITHDRAW AS PLAINTIFF'S COUNSEL**

NOW COME, DISPARTI LAW GROUP, P.A., CASS T. CASPER, Esq., and NICHOLAS BOWMAN, ESQ., and move this Honorable Court for leave to withdraw as counsel for Plaintiff for the following reasons.

1. The undersigned wrote defense counsel via email on November 12, 2025 and inquired if there is objection to this Motion, but has not heard back.

2. There has been an irretrievable breakdown in the attorney-client relationship between Plaintiff and DISPARTI LAW GROUP / Cass T. Casper / Nicholas Bowman.

3. A conflict of interest has also arisen under ABA Model Rule 1.7(a) that makes withdrawal mandatory, subject to leave of Court.

4. DISPARTI LAW GROUP / Cass T. Casper / Nicholas Bowman request to withdraw as counsel for Plaintiff as a result of such irretrievable breakdown and conflict of interest.

5. As no other attorney has an appearance on file for Plaintiff in this case, the Notification of Party Contact Information form required by Local Rule 83.17 is attached as a supplement hereto.

## CONCLUSION

Based on the foregoing, DISPARTI LAW GROUP, P.A., CASS T. CASPER, Esq., and NICHOLAS BOWMAN, Esq., respectfully request that this Honorable Court grant this Motion and allow them leave to withdraw as counsel for Plaintiff.

Respectfully submitted,

/s/ Cass T. Casper
_____
Attorney for Plaintiff

*Cass T. Casper*
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
P: (312) 506-5511 ext. 331
E: cass.casper@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he sent a copy of the foregoing UNOPPOSED MOTION BY DISPARTI LAW GROUP, CASS T. CASPER, AND NICHOLAS BOWMAN FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF on counsel for Defendant via this Court's CM/ECF filing system, and that all such counsels are registered e-filers. In addition, the undesigned certifies that he served a copy of such Motion on Plaintiff to her current address and email address on file with Disparti Law Group listed as follows:

Christine Busanelli
13831 Euclid Court
Cedar Lake, Indiana, 46303
E: christinebusanelli@gmail.com

/s/ Cass T. Casper
_____
Attorney for Plaintiff